**STATE of Missouri, Respondent,**

v.

**Robert PARGO, Appellant.**

**No. 65912.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 20, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Talat M. Bashir, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant appeals following his conviction by a jury of stealing over $150.00 in violation of § 570.030 RSMo1994. Defendant was sentenced as a prior and persistent offender to fifteen years imprisonment. We affirm.

 

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).